AO 91 (Rev. 08/09) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

FILED
JUN 11 2010
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:10MJ 3147 FRB |
| Louis Edward Cooke ) | |
| *Defendant(s)* | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 10, 2010 through June 11, 2010__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 1591 and 1594(a) | Commercial Sex Trafficking of a Child |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*/s/ Cynthia Dockery*
*Complainant's signature*

Cynthia Dockery, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/11/2010

*Frederick R. Buckles*
*Judge's signature*

City and state: St. Louis, MO

Frederick R. Buckles, U.S. Magistrate Judge
*Printed name and title*