FILED

SEP 23 2010

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:10CR00328 ERW-TCM |
| ) | |
| LOUIS EDWARD COOKE, ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about June 10, 2010 and on or about June 11, 2010, within the Eastern District of Missouri and elsewhere, the defendant

**LOUIS EDWARD COOKE,**

did knowingly, in or affecting interstate commerce: attempt to recruit, entice or obtain a person; knowing and in reckless disregard of the fact that such person had not yet attained the age of 18 years; knowing such person would be caused to engage in a commercial sex act; and committed a substantial step in furtherance thereof.

In violation of Title 18, United States Code, Sections 1591(a)(1) and punishable under Title 18, United States Code, Section 1594(a).

### COUNT II

The Grand Jury further charges that:

Between on or about June 10, 2010 and on or about June 11, 2010, within the Eastern District of Missouri and elsewhere, the defendant

## LOUIS EDWARD COOKE,

knowingly used a facility of interstate commerce to attempt to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which the defendant could be charged with a criminal offense, that is statutory rape in the second degree, as proscribed by Section 566.034 of the statutes of the State of Missouri.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
NOELLE C. COLLINS, #109678
Assistant United States Attorney

2