UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S1-4:10CR00328 ERW |
| | ) |
| LOUIS EDWARD COOKE, | ) |
| | ) |
| Defendant. | ) |

**STATEMENT OF THE GOVERNMENT REGARDING PRESENTENCE REPORT**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Noelle C. Collins, Assistant United States Attorney for said District, and states that the Government accepts and has no objection to the Presentence Report.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 s/ Noelle C. Collins
NOELLE C. COLLINS, #109678
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2011, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    Christopher McGraugh
    (Attorney for Defendant).

    Allison K. Refern
    Senior United States Probation Officer.

                                   *s/ Noelle C. Collins*
                                   NOELLE C. COLLINS, #109678
                                   Assistant United States Attorney